IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK BROWN,<br>        Plaintiff,<br><br>        v.<br><br>STEVEN R. GLUNT, et al.,<br>        Defendant. | CIVIL ACTION<br><br><br><br>NO. 14-3980 |

**O R D E R**

**AND NOW**, this 12th day of November 2015, the Court has engaged in careful and

independent consideration of the Petition for Writ of Habeas Corpus and supporting brief (ECF

Nos. 1, 4), the response (ECF No. 25), Petitioner's reply to the response (ECF No. 27), and

available state court records, and in review of the Report and Recommendation of U.S.

Magistrate Judge David R. Strawbridge (ECF No. 29). The Court has also reviewed Petitioner's

Motion for Leave of Court to Amend the Petition for Habeas Corpus (ECF No. 30) and the

Notice submitted shortly thereafter (ECF No. 31), in which Petitions requests the Court to

dismiss his Motion to Amend without prejudice. Petitioner has no objections to the Report and

Recommendation (ECF No. 31). Therefore, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DISMISSED**;

3. The Motion for Leave of Court to Amend the Petition for Writ of Habeas Corpus is **DENIED** (ECF No. 30);

4. The Motion for Summary Judgment is **DENIED** as moot (ECF No. 26);

5. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not demonstrated that a reasonable jurist would

debate the correctness of this procedural ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

6. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-3980 brown v. glunt\14cv3980.Order.RR.11.5.15.docx

2